**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SYLVIA TILLMAN, AMRESH JAIJEE, VIVIAN YATES, Richard gamen, Cheryl gamen, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>vs.<br>MORGAN STANLEY SMITH BARNEY, LLC,<br><br>Defendant. | Case No.: 1:20-cv-05914<br><br><br><br>**MOTION OF JOHN A. YANCHUNIS TO PRACTICE PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the undersigned hereby moves this Court for an Order for admission to practice *pro hac vice* and to appear as counsel for Plaintiffs and the proposed Class in the above-captioned action.

I am in good standing of the bar of the state of Florida; there are no pending disciplinary proceedings against me in any state or federal court. I have attached the affidavit pursuant to Local Rule 1.3 as Exhibit 1.

Dated:  August 18, 2020                         Respectfully submitted,

**MORGAN & MORGAN
COMPLEX LITIGATION GROUP**


*/s/ John A. Yanchunis*
John A. Yanchunis (Florida Bar No. 234681)
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-4702
jyanchunis@forthepeople.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that, on August 18, 2020, I caused the foregoing document to be

filed electronically through the Court's CM/ECF System and served on all counsel of record.


*/s/ John A. Yanchunis*

John A. Yanchunis