UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYLVIA TILLMAN, AMRESH JAIJEE, VIVIAN YATES, RICHARD GAMEN, CHERYL GAMEN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

-against-

Morgan Stanley Smith Barney, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/2/2020__

20 Civ. 5914 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to consolidate the following actions: 20 Civ. 5914; 20 Civ. 6012; 20 Civ. 6300; 20 Civ. 6468; 20 Civ. 6538; 20 Civ. 6610; 20 Civ. 6640; 20 Civ. 6984.  By **September 9, 2020**, any interested attorneys shall file requests to be appointed Lead Counsel.  Opposition to any such application shall be filed by **September 14, 2020**.

    SO ORDERED.

Dated: September 2, 2020
       New York, New York

ANALISA TORRES
United States District Judge