```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/30/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Morgan Stanley Data Security Litigation*

20 Civ. 5914 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 5, 2020, the Court ordered the parties to submit a case management plan that conformed to the Court's model plan. ECF No. 7 ¶ 5. The model plan requires parties to propose the method and timing of an alternative dispute resolution mechanism. Model Case Management Plan ¶¶ 10(b)–(c). The parties failed to submit that information. ECF No. 33-1 ¶¶ 11(b)–(c). On October 13, 2020, the Court ordered the parties to submit a joint letter proposing their preferred mode and timing of an alternative dispute resolution mechanism for this case. ECF No. 35 ¶ 15. On October 22, 2020, the parties submitted a joint letter, again failing to provide the requested information. ECF No. 36.

By **November 9, 2020**, the parties shall submit a joint letter to the Court proposing their preferred mode and timing of an alternative dispute resolution mechanism for this case.

SO ORDERED.

Dated: October 30, 2020
        New York, New York

ANALISA TORRES
United States District Judge