```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/10/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Morgan Stanley Data Security Litigation*

20 Civ. 5914 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the pre-motion letters submitted by the parties. ECF Nos. 41, 45. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **January 14, 2021**, Defendant shall file its motion to dismiss;
3. By **February 4, 2021**, Plaintiffs shall file their opposition; and
4. By **February 18, 2021**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: December 10, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge