UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Morgan Stanley Data Security Litigation* | 20-cv-5914 (AT) |

**NOTICE OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO RULES 12(B)(1) AND 12(B)(6)**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the declaration of Jane B. O'Brien and the exhibits annexed thereto, and all other papers and proceedings herein, defendant Morgan Stanley Smith Barney LLC, by and through its attorneys, hereby respectfully moves this Court, before the Honorable Analisa Torres, United States District Court Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Room 15D, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing the Consolidated Class Action Complaint (ECF No. 39) on a date and time to be set by the Court. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

2

Dated:  Washington, D.C.
         January 14, 2021

                            PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                            By:  */s/ Jane B. O'Brien*
                            Brad S. Karp
                            Susanna M. Buergel
                            Anika Rappleye
                            1285 Avenue of the Americas
                            New York, New York 10019
                            Telephone: (212) 373-3000
                            Facsimile: (212) 757-3990
                            bkarp@paulweiss.com
                            sbuergel@paulweiss.com
                            arappleye@paulweiss.com

                            Jane B. O'Brien
                            Crystal Johnson Geise
                            2001 K Street NW
                            Washington, DC 20006
                            Telephone: (202) 223-7300
                            Facsimile: (202) 223-7420
                            jobrien@paulweiss.com
                            cgeise@paulweiss.com

                            *Attorneys for Defendant Morgan Stanley Smith Barney LLC*