UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Morgan Stanley Data Security Litigation* | 20-cv-5914 (AT) |

**NOTICE OF MOTION TO DISMISS THE SECOND CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO RULES 12(B)(1) AND 12(B)(6)**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, the declaration of Jane B. O'Brien and the exhibits annexed thereto, and all other papers and proceedings herein, defendant Morgan Stanley Smith Barney LLC, by and through its attorneys, hereby respectfully moves this Court, before the Honorable Analisa Torres, United States District Court Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Room 15D, New York, New York 10007, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing the Second Consolidated Class Action Complaint (ECF No. 60) on a date and time to be set by the Court. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

Dated:  Washington, D.C.
　　　　August 9, 2021

　　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　　　　　GARRISON LLP

　　　　　　　　　　　　　　　　　　　　By:　  /s/ Jane B. O'Brien　　　　　　　
　　　　　　　　　　　　　　　　　　　　Brad S. Karp
　　　　　　　　　　　　　　　　　　　　Susanna M. Buergel
　　　　　　　　　　　　　　　　　　　　Anika Rappleye
　　　　　　　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 373-3000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 757-3990
　　　　　　　　　　　　　　　　　　　　bkarp@paulweiss.com
　　　　　　　　　　　　　　　　　　　　sbuergel@paulweiss.com
　　　　　　　　　　　　　　　　　　　　arappleye@paulweiss.com

　　　　　　　　　　　　　　　　　　　　Jane B. O'Brien
　　　　　　　　　　　　　　　　　　　　2001 K Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 223-7300
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 223-7420
　　　　　　　　　　　　　　　　　　　　jobrien@paulweiss.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Morgan Stanley Smith Barney LLC*