UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re Morgan Stanley Data Security Litigation*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2021

20 Civ. 5914 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has been advised that the settlement in principle is classwide. Accordingly, the Clerk of Court is directed to reopen this case. The case is STAYED for 45 days. By **December 20, 2021**, Plaintiffs shall file a motion for preliminary approval of the settlement.

SO ORDERED.

Dated: November 10, 2021
New York, New York

ANALISA TORRES
United States District Judge