**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3553

WRITER'S DIRECT FACSIMILE
(212) 492-0553

WRITER'S DIRECT E-MAIL ADDRESS
sbuergel@paulweiss.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2021

December 15, 2021

**Via Email and ECF**

Hon. Analisa Torres, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *In re: Morgan Stanley Data Security Litigation*, 1:20-cv-5914

Dear Judge Torres:

As Your Honor is aware, on November 3, 2021, the parties jointly notified the Court that they reached an agreement in principle to settle the above-referenced action. (Dkt. No. 76.) At that time, the parties requested that the then-pending motion to dismiss (Dkt. No. 63) be taken off the Court's active motion calendar and held in abeyance pending

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

a decision on the forthcoming motion for approval of the settlement.  The parties further requested that the Court stay discovery and all other upcoming deadlines in the then-operative scheduling order (Dkt. No. 72).  Per the parties' request, on November 10, 2021, the Court entered an Order staying the case for 45 days and ordering Plaintiffs to file the motion for preliminary approval by December 20, 2021.  (Dkt. No. 78.)

Since their November 3 letter, the parties have worked diligently and cooperatively towards formalizing the agreed-upon settlement, and Plaintiffs have also worked diligently to prepare the papers for the motion for preliminary approval.  Given the complexity of this matter, however, the parties believe that more time to prepare the papers is necessary.  Accordingly, the parties respectfully request that the Court extend the deadline for Plaintiffs to file the motion for preliminary approval to **December 31, 2021**.  This is the parties' first request for an extension, and the parties do not anticipate a need to seek further extensions in the future.

GRANTED.  The deadline to file a motion for preliminary approval of the settlement is ADJOURNED to **December 31, 2021**.  The case is STAYED until further order from the Court.

SO ORDERED.

Dated: December 16, 2021
   New York, New York

_____
ANALISA TORRES
United States District Judge