UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*In re Morgan Stanley Data Security Litigation*

20 Civ. 5914 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

This case has been reassigned to me. Final approval of the proposed class action settlement is pending. In reviewing the proposed settlement, I have noted that that the proposed settlement class does not exclude the Court, its immediate family members, and Court staff. This unusual aspect of the proposed settlement[1] appears to have resulted in the need to reassign this matter multiple times in order to find a judge who is not disabled from supervising this litigation. I am not presently aware of any conflict precluding my service and do not recall receiving a notice letter regarding the Data Security Incidents.[2] However, to ensure that no conflict is present, my staff will email counsel the names of my immediate family members. The Court requests that counsel promptly determine whether I or any member of my family is a member of the settlement class.

---

[1] *Compare e.g.*, 20 Civ. 9293 (PAE), Dkts. 83, 96 (proposed and final order of a class action settlement agreement defining settlement class to exclude "all judges assigned to hear any aspect of this Litigation, as well as their staff and immediate family").

[2] As defined in the Consolidated Amended Class Action Complaint, the Data Security Incidents refer to Morgan Stanley's efforts in 2016 to decommission, wipe, and destroy certain technology assets, and further efforts in 2019 to decommission and dispose of additional technology assets.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  _____
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: April 14, 2022
       New York, New York