UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Morgan Stanley Data Security Litigation* | Civil Action No. 1:20-cv-05914-PAE |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS TO THE NAMED PLAINTIFFS**

Plaintiffs John and Midori Nelson, Sylvia Tillman, Mark Blythe, Vivian Yates, Cheryl and Richard Gamen, Amresh Jaijee, Richard Mausner, Desiree Shapouri, and Howard Katz (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move the Court, without opposition and pursuant to Federal Rule of Civil Procedure 23, for the entry of an order: approving requested attorneys' fees in the amount of $20,000,000.00, approving requested litigation costs reimbursement in the amount of $253,994.53, and approving service awards in the amount of $5,000.00 for each Class Representative.

The grounds for this motion are that the proposed settlement is within the necessary range of reasonableness to justify granting the requested attorneys' fees and costs, as well as service awards. This motion is based upon this Motion, the Memorandum of Law in Support, the accompanying declarations, the pleadings and papers on file in this action, and such oral argument and documentary evidence as may be presented at the hearing on this motion.

Dated: April 20, 2022

Respectfully submitted,

| **MORGAN & MORGAN** | **NUSSBAUM LAW GROUP, P.C.** |
|---|---|
| By: */s/Jean S. Martin* | By: */s/ Linda P. Nussbaum* |
| Jean S. Martin | Linda P. Nussbaum |
| Francesca Kester | Susan R. Schwaiger |
| 201 N. Franklin Street, 7th Floor | 1211 Avenue of the Americas, 40th Fl. |
| Tampa, Florida 33602 | New York, NY 10036 |
| (813) 559-4908 | (917) 438-9189 |
| jmartin@ForThePeople.com | lnussbaum@nussbaumpc.com |
| rmcgee@ForThePeople.com | sschwaiger@nussbaumpc.com |
| fkester@ForThePeople.com | |

*Co-Lead Counsel for Plaintiffs and Proposed Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on April 20, 2022, I caused the foregoing document to be filed electronically through the Court's CM/ECF System and served on all counsel of record.

*/s/ Jean Sutton Martin*

Jean Sutton Martin