UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*In re Morgan Stanley Data Security Litigation*

20 Civ. 5914 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Pursuant to my April 14, 2022 order, I have received confirmation via email from counsel for Morgan Stanley that neither I nor any member of my family is a member of the settlement class.

Accordingly, the fairness hearing will be held on June 8, 2022 at 11:00 am, as previously scheduled, in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. Counsel are expected to attend in person.

Objectors and members of the public may join the hearing telephonically. Interested parties may call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key.

Any objectors who wish to speak at the hearing shall notify the Court by May 25, 2022, by sending an email to EngelmayerNYSDChambers@nysd.uscourts.gov. Objectors will be permitted to speak either in person or telephonically.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 22, 2022
　　　　New York, New York