**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SYLVIA TILLMAN, AMRESH JAIJEE, VIVIAN YATES, RICHARD GAMEN, CHERYL GAMEN, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY, LLC,<br><br>             Defendant. | 20 Civ. 5914 (AT) |
| RICHARD GROSSMAN, HOWARD KATZ, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY, LLC,<br><br>             Defendant. | 20 Civ. 6012 (AT) |
| MARTIN BEHAR, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY, LLC,<br><br>             Defendant. | 20 Civ. 6300 (AT) |
| AMY DALTON, on behalf of herself and all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>MORGAN STANLEY SMITH BARNEY, LLC,<br><br>             Defendant. | 20 Civ. 6468 (AT) |

| | |
|---|---|
| MIDORI T. NELSON, JOHN C. NELSON, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br>v.<br><br>MORGAN STANLEY SMITH BARNEY, LLC,<br><br>               Defendant. | 20 Civ. 6538 (AT) |
| MARK BLYTHE, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>MORGAN STANLEY SMITH BARNEY, LLC,<br><br>               Defendant. | 20 Civ. 6610 (AT) |
| DESIREE SHAPOURI, RICHARD MAUSNER AND LORI MAUSNER, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br>v.<br><br>MORGAN STANLEY SMITH BARNEY, LLC,<br><br>               Defendant. | 20 Civ. 6640 (AT) |
| TIMOTHY M. SMITH on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br>v.<br><br>MORGAN STANLEY SMITH BARNEY, LLC,<br><br>               Defendant. | 20 Civ. 06984 (AT) |

2

**NOTICE AND ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration, and subject to the approval of the Court, Anika Rappleye hereby withdraws as counsel for defendants Morgan Stanley Smith Barney LLC ("Morgan Stanley") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matters. Brad Scott Karp, Susanna Michele Buergel, and Jane Baek O'Brien of Paul, Weiss, Rifkind, Wharton & Garrison LLP shall continue to represent Morgan Stanley in these matters.

Dated:   May 24, 2022
         New York, NY                    Respectfully Submitted,

                                         PAUL, WEISS, RIFKIND, WHARTON &
                                         GARRISON LLP

                                         By: /s/ *Anika Rappleye*
                                             Anika Rappleye

                                         1285 Avenue of the Americas
                                         New York, NY 10019
                                         (212) 373-3300
                                         arappleye@paulweiss.com

                                         *Counsel for Defendant*
                                         *Morgan Stanley Smith Barney LLC*

SO ORDERED:

United States District Court Judge
May 25, 2022

3