UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
:
*In re Morgan Stanley Data Security Litigation*      :      20 Civ. 5914 (PAE)
:
:      ORDER
:
:
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

By telephone call from plaintiff's counsel, the Court was notified that the objection from Lori S. Feistner was not filed on the docket. That objection was timely received by the Court via email, from the address lori.feistner9@gmail.com. The text of that objection is below:

> Jean, I understand you to be the court-appointed attorney on this case. In any case my claim form was not received or submitted in time possibly and I have no representation legally, due to consistent distraction and overabundance on email primarily; please understand and know that I am suffering injuries and have some disability issues and accept this as such. I request the Zoom, or circuit "teleconference" and remote (dial in for listening only if necessary at the time of approval) access involvement also on [as above-mentioned previously] June 8, 2022 at 11 a.m.
>
> Class Representatives are John and Midori Nelson, Sylvia Tillman, Mark Blythe, Vivian Yates, Cheryl and Richard Gamen, Amresh Jaijee, Richard Mausner, Desiree Shapouri, and Howard Katz.
>
> I left you a message referring to Morgan and Morgan being at 201 N. Franklin Street, Floor 7 in Tampa, FL 33602 just before the hour of 3 p.m. Central at the phone number provided to me yesterday by the female I reference in the beginning of the next paragraph? This of course was (813)559-4908. I request to be included in a teleconference or part of the hearing as a listening and qualified individual in order to participate as is required or

1

> necessary in order to obtain the structured settlement which is my portion entitled to.
>
> A day or so ago, I spoke to a female ID 62-5404 and by the name of Jaiya (pronounced as a hard or long i sound) whom provided me with your phone number or address. This undoubtedly was yesterday, June 6, 2022. I know that I have been in receipt of notifications on or about the dates mentioned on the Morgan Stanley website also. Can you confirm at once? At the time we spoke, I was provided with some full documentation-type as well as having to give or provide her my Full Name and identifying information such as my home or street location and address.
>
> Can you confirm a final hearing date of August 5, 2022? Do this ASAP please.
>
> I have read and become somewhat familiar myself with the litigation information FAQ 9 and 8 through research online linkage, understanding at least partially the action. However, I really would like a better explanation of 120-CV-05914-AT
>
> My address is: 9520 winston avenue, Urbandale, IA 50322-1335
>
> Your assistance on this would be appreciated.

Class counsel's response to this objection, if any, is due August 1, 2022.

SO ORDERED.

*Paul A. Engelmayer* (signature)

Paul A. Engelmayer
United States District Judge

Dated: July 28, 2022
New York, New York

2