UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Morgan Stanley Data Security Litigation* | 20 Civ. 5914 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons set out on the record today in a lengthy bench ruling, the Court has approved (1) the proposed class action settlement; and (2) attorneys' fees, costs, and service awards. The Court has issued separate orders as to these subjects.

The Clerk of the Court is therefore respectfully directed to terminate the motions pending at dockets 92, 100, 123, 127, 130 and 133, and to close this case.

The Court also directed, as a condition of settlement approval, that the parties jointly submit a quarterly status update letter reporting the work by and progress of Kroll Inc., which Morgan Stanley, pursuant to the parties' Settlement Agreement, has retained to retrieve the decommissioned devices at issue. The first such letter is due November 1, 2022. Subsequent letters are due every three months thereafter, with the last due on November 1, 2023. The Court retains jurisdiction to assure that vigorous and good faith efforts are made toward this end, and will reopen the case if the need to enforce this provision of the settlement agreement arises. Counsel are authorized to file the status update letters under seal, subject to the Court's review of whether such is justified.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 5, 2022
New York, New York

Case 1:20-cv-05914-PAE   Document 158   Filed 08/05/22   Page 2 of 2