UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

*In re Morgan Stanley Data Security Litigation*

20 Civ. 5914 (PAE)

ORDER

----

PAUL A. ENGELMAYER, District Judge:

On August 5, 2022, the Court approved (1) the proposed class action settlement; and (2) attorneys' fees, costs, and service awards, issuing separate orders as to these subjects. Dkts. 156, 157, 158. On August 17, 2022, Steven Helfand, an objector and non-party member of the Class, filed a notice of appeal. Dkt. 159. Plaintiffs have requested that the Court issue an order requiring Mr. Helfand to post an appeal bond in the amount of $25,000. Dkt. 162. Defendant Morgan Stanley Smith Barney LLC does not oppose the motion. Dkt. 162.

The Court directs Mr. Helfand to respond to the motion for bond by Thursday, September 15, 2022. The Court directs plaintiffs to furnish a copy of the motion for bond, the documents supporting the motion, and this order to Mr. Helfand and to file a notice of such service on the docket.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 8, 2022
       New York, New York