**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3553

WRITER'S DIRECT FACSIMILE

(212) 492-0553

WRITER'S DIRECT E-MAIL ADDRESS

sbuergel@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ROBERT A. BRITTON
DAVID W. BROWN
WALTER BROWN*+
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN*+
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
JOSHUA HILL
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*+
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS*
AUSTIN POLLET*+
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
+ADMITTED ONLY TO THE CALIFORNIA BAR

December 2, 2022

**Via Email and ECF**

Hon. Paul A. Engelmayer
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

*In re Morgan Stanley Data Security Litigation*, 1:20-cv-5914 (PAE)

Dear Judge Engelmayer:

As directed by this Court's November 22, 2022 order (ECF No. 195), we write on behalf of Defendant Morgan Stanley Smith Barney ("Morgan Stanley") in response to Ms. Linden's Letter Motion for Sanctions (ECF No. 194). For the reasons set forth below, we respectfully submit that Ms. Linden's request for sanctions should be denied.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Ms. Linden's application lacks any basis in fact or law. In her letter motion, Ms. Linden seeks monetary sanctions and a written apology pursuant to Fed. R. Civ. P. 11 from the undersigned and the Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") law firm arising out of a November 11, 2022 email in which I informed Ms. Linden that "We do not represent Morgan Stanley (or any other entity) in connection with the issues you have raised concerning any accounts you or your family members may have had or had at Morgan Stanley. We also do not represent you. Accordingly, we will not respond to any further correspondence you send to our firm." (ECF No. 194, Ex. A.) Ms. Linden alleges that this representation is "inconsistent with the facts," based on my (and Paul, Weiss's) appearance as counsel of record for Morgan Stanley in connection with the class action styled as *In re Morgan Stanley Data Security Litigation*, 1:20-cv-5914 (PAE) (S.D.N.Y.) (the "Class Action"), and that therefore Rule 11 sanctions should be imposed. (*See* ECF No. 194 & Exs. B, C, D.).

As an initial matter, Ms. Linden's reference to Rule 11 is inapposite, because the communication in question is not a court filing. More importantly, Paul, Weiss's November 11 email to Ms. Linden was completely accurate and appropriate in all respects. Following the Court's August 5, 2022 approval of the settlement of the Class Action, Ms. Linden began communicating directly with Paul, Weiss concerning alleged issues related to accounts her deceased father previously held at Morgan Stanley. We received over a dozen communications directly from Ms. Linden between August 8 and November 18, 2022.[1] In her communications, Ms. Linden demanded that Morgan Stanley (and other

---

[1] These communications, which are attached as Exhibit 1 to the accompanying declaration of Susanna Buergel dated December 2, 2022, were directed to several lawyers

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

entities not involved in the Class Action, including Charles Schwab) provide her with documentation and other information related to her deceased father's former accounts. Ms. Linden also raised issues related to a matter apparently arising from the Connecticut Court of Probate. *See* Ex. 2.

On August 11, 2022, my partner Jane O'Brien responded to one such communication from Ms. Linden, noting that "[n]ow that the Court has approved the settlement and entered a final judgment," the Class Action is "closed." Ms. O'Brien further stated that, to the extent Ms. Linden has "questions regarding any accounts [she] may have held at Morgan Stanley in the past, those questions should be directed to Morgan Stanley." *See* Buergel Decl. Ex. 3. Ms. Linden, however, persisted in communicating with Paul, Weiss, including a communication on November 10, 2022, in which she demanded that Paul, Weiss assist her efforts to obtain "agent paperwork" related to her father's accounts as well as "fiduciary paperwork." The November 11, 2022 communication that is the subject of Ms. Linden's sanctions motion was in direct response to this demand. *See* Buergel Decl. Ex. 4.

To our knowledge, Ms. Linden has not commenced any action or filed any claim against Morgan Stanley related to her father's accounts. Nor has Paul, Weiss ever been retained at any time by Morgan Stanley to represent it in connection with Ms. Linden's demands for paperwork and files concerning those accounts, or for any issues related to any matters pending in the Connecticut Court of Probate. While there is no dispute that Paul, Weiss represents Morgan Stanley in the Class Action, involving a settlement class of

---

at Paul, Weiss; we are not confident that we received every communication Ms. Linden intended to direct to our firm.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

which Ms. Linden is a member, Ms. Linden's repeated communications to Paul, Weiss do not concern that matter. Paul, Weiss's November 11 email was therefore accurate and appropriate in all respects.

Accordingly, Ms. Linden's Letter Motion for Sanctions should be denied with prejudice.

                      Respectfully submitted,

                      /s/ Susanna M. Buergel

                      Susanna M. Buergel
                      Jane B. O'Brien
                      Paul, Weiss, Rifkind,
                      Wharton & Garrison LLP

                      *Counsel for Defendant*
                      *Morgan Stanley Smith Barney LLC*

cc: All counsel of record