PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 - 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

WRITER'S DIRECT DIAL NUMBER
(212) 373-3553

WRITER'S DIRECT FACSIMILE
(212) 492-0553

WRITER'S DIRECT E-MAIL ADDRESS
sbuergel@paulweiss.com

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

May 15, 2023

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ROBERT A. BRITTON
DAVID W. BROWN
WALTER BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN**
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
JOSHUA HILL
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*‡
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS*
AUSTIN POLLET*
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
‡ADMITTED ONLY TO THE CALIFORNIA BAR

<u>Via ECF</u>

Hon. Paul A. Engelmayer, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *In re: Morgan Stanley Data Security Litigation*, 1:20-cv-5914 (PAE)

Dear Judge Engelmayer:

We represent Morgan Stanley Smith Barney LLC in connection with the above-referenced matter. We write jointly with Settlement Class Counsel, Nussbaum Law Group and Morgan & Morgan. Pursuant to Rule 4.B of this Court's Individual Rules and Practices in Civil Cases, and consistent with the letter motion filed February 15, 2023 (ECF

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

No. 203), the March 14, 2023 Letter submitted to this Court (ECF No. 208), and as we discussed on the record during the August 5, 2022 settlement approval hearing, we respectfully request leave to publicly file a redacted copy of the second quarterly status update report of the work completed to date by Kroll, Inc. (the "Second Kroll Report"), given the sensitive personal and confidential information contained therein.

In the Second Circuit, there exists a rebuttable presumption of public access for any "judicial documents" filed with the court. *Lugosch* v. *Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Simply because a paper is filed with the court does not make it a "judicial document," but rather the document must be "relevant to the performance of the judicial function" or useful in the judicial process. *Id.* at 119. Where a document is found to be a judicial document, but is not necessary for some kind of dispositive determination, the standard to rebut that presumption of public access and to sustain redactions is lower. *See Kewazinga Corp.* v. *Microsoft Corp.*, 2021 WL 1222122, at *5 (S.D.N.Y. Mar. 31, 2021). Two of the kinds of values that may justify the sealing or redaction of documents include protecting privacy interests of third parties or other sensitive information such as proprietary commercial information. *See Church & Dwight Co.* v. *SPD Swiss Precision Diagnostics GmbH*, 2018 WL 4253181, at *2 n.1 (S.D.N.Y. Sept. 5, 2018) (finding proposed redactions in post-trial submissions appropriate when narrowly tailored to protect proprietary and competitively sensitive information, including information that the parties were contractually obligated to keep confidential); *E.E.O.C.* v. *Kelley Drye & Warren LLP*, 2012 WL 691545, at *2 (S.D.N.Y. Mar. 2, 2012) (noting acceptable justifications for redactions include privacy interests of innocent third parties); *Standard & Poor's Corp.* v. *Commodity Exch., Inc.*, 541 F. Supp. 1273, 1277 (S.D.N.Y.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

1982) (finding limited redactions justified where redactions were tailored to protecting party's commercial information, including index-rendering methodology, and in order to avoid potential harassment or disruptions that could prevent the relevant analysts from performing their jobs properly).

Here, the Second Kroll Report is not a submission in support of a dispositive motion, for which the most conservative approach would be warranted. As a result, the report is a judicial document subject to a lower presumption of public access. Nonetheless, the Second Kroll Report is "relevant to the performance of the judicial function": the Court ordered the parties to submit quarterly reports to ensure compliance with the settlement agreement. With that purpose in mind, the parties endeavored to narrowly tailor their redactions to the Second Kroll Report so that Settlement Class Members who may review the publicly available version can generally understand the steps that Kroll has undertaken to recover decommissioned devices and the success of those efforts.

Specifically, the redactions obscure the details regarding Kroll's communications with certain downstream purchasers of the decommissioned drives at issue, which includes the personal identifiable information ("PII") of those downstream purchasers. The redactions are intended to both shield the privacy of the downstream purchasers and avoid sharing information that could potentially assist a malicious actor in finding and acquiring NetApp devices before Kroll is able to locate them.

Respectfully submitted,

/s/ Susanna M. Buergel

Susanna M. Buergel

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

Jane Baek O'Brien
Paul, Weiss, Rifkind,
Wharton & Garrison, LLP

*Counsel for Defendant*
*Morgan Stanley Smith Barney LLC*

/s/ Linda P. Nussbaum

Linda P. Nussbaum
Nussbaum Law Group, P.C.

/s/ Jean Martin

Jean Martin
Morgan & Morgan

*Settlement Class Counsel*

cc: All counsel of record

The Court finds that the redactions are no greater than necessary to protect the purchasers' privacy interests and Kroll's proprietary commercial practices and, accordingly, approves the filing of the redacted report. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
May 17, 2023